AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Frank, Eric L. | ED Pa - Bankruptcy Court | 10/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
900 Market Street - Room 201
Philadelphia, PA 19107

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Author | Collier on Bankruptcy (bankruptcy treatise) (published by Matthew Bender & Co./Lexis Nexis) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Compensation as author from Matthew Bender Co./Lexis-Nexis | $920.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | "of counsel" attorney for law firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Consumer Bankruptcy Attorneys | April 10-13, 2015 | New York, NY | continuing legal education | transportation, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Department of Education | William D. Ford Federal Direct Loan Program | K |
| 2. | SLM Corp. | tuition payment plan (Tufts University) | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AXA Financial, Inc | A | Dividend | J | T | | | | | |
| 2. | | | | | | | | | |
| 3. Beneficial Bank - Acc't #1 (904) (X) | A | Interest | L | T | | | | | |
| 4. | | | | | | | | | |
| 5. Beneificial Bank - CD | A | Interest | J | T | Redeemed | 05/14/15 | J | A | |
| 6. | | | | | | | | | |
| 7. COMMONWEALTH ANNUITY - aggregate disclosure | B | Int./Div. | L | T | | | | | |
| 8. ------ Alliance Bernstein Growth and Income | | | | | | | | | |
| 9. ------ Alliance Bernstein Large Cap Growth | | | | | | | | | |
| 10. ------- Fidelity VIP Equity Income | | | | | | | | | |
| 11. ------ GS VIT Capital Growth | | | | | | | | | |
| 12. ------ GS VIT Core Fixed Income | | | | | | | | | |
| 13. ------ GS VIT Equity Index | | | | | | | | | |
| 14. ------ GS VIT International Equity | | | | | | | | | |
| 15. ------- GS VIT Money Market | | | | | | | | | |
| 16. ------- Janus Aspen Large Cap Growth | | | | | | | | | |
| 17. ------ T. Row Price International - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Equity Income Fund Units First S&P 500 Index Ser Tech | A | Dividend | J | T | | | | | |
| 20. | | | | | | | | | |
| 21. Fairview, PA Area - municipal bond | A | Interest | J | T | | | | | |
| 22. | | | | | | | | | |
| 23. Fidelity 403(b) Account - aggregate disclosure | E | Int./Div. | M | T | | | | | |
| 24. ------ Fidelity Equity Income Fund - mutual fund | | | | | | | | | |
| 25. ------- Fidelity Cash Reserves - moneymarket | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. Morgan Stanley | | | | | | | | | |
| 28. ------First Eagle Sog Glob-mut. fund | A | Dividend | J | T | | | | | |
| 29. ------ Franklin Founds FDS Alloc C | A | Dividend | K | T | | | | | |
| 30. ------ Pa St Tpke Commn bond | A | Interest | J | T | | | | | |
| 31. ------ Morgan Stanley Bank | A | Int./Div. | J | T | | | | | |
| 32. ----- AT&T, Inc. | A | Dividend | K | T | | | | | |
| 33. ----- Verizon Communications | A | Dividend | K | T | | | | | |
| 34. ----- SPDR Trust Series I | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Zurich Adv. III - 403(b) TSA | B | Int./Div. | K | T | | | | | |
| 37. | | | | | | | | | |
| 38. Learning Quest 529 - Very Conservative - ACC'T #1 | A | Dividend | L | T | | | | | |
| 39. Learning Quest 529 - Short-Term - ACC'T #2 | A | Dividend | K | T | | | | | |
| 40. | | | | | | | | | |
| 41. OPPENHEIMER ACC'T #1 (238) | | | | | | | | | |
| 42. ------ Advantage Municipal Liq Fd - money market | A | Dividend | K | T | | | | | |
| 43. ------ American International Group - common stock | A | Dividend | J | T | Sold (part) | 12/30/15 | J | A | |
| 44. ------ AT&T, Inc - common stock | A | Dividend | J | T | | | | | |
| 45. ------Boeing Co. - common stock | B | Dividend | L | T | | | | | |
| 46. ------ Cellcyte Genetics | A | Int./Div. | J | T | | | | | |
| 47. ------ Chemours, Inc. | A | Int./Div. | J | T | | 01/05/15 | J | | |
| 48. ------ Comcast Corp. - common stock | A | Dividend | J | T | | | | | |
| 49. ------ ConocoPhillips - common stock | A | Dividend | K | T | | | | | |
| 50. ------ Corning - common stock | A | Dividend | J | T | | | | | |
| 51. ------- DuPont El de Nemours - common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ----- Duke Energy Corp. - common stock | A | Dividend | J | T | | | | | |
| 53. ----- Express Scripts Hldg Co. - common stock | A | Dividend | J | T | | | | | |
| 54. ------ Merck & Co. - common stock | A | Dividend | J | T | | | | | |
| 55. ------ Microsoft - common stock | A | Dividend | J | T | | | | | |
| 56. ------ Monsanto Co. - common stock | A | Dividend | J | T | | | | | |
| 57. ------ Nextera Energy - common stock | A | Dividend | J | T | | | | | |
| 58. ------ Pepco Holdings - common stock | A | Dividend | J | T | Sold | 11/03/15 | J | A | |
| 59. ------ Pfizer, Inc. - common stock | A | Dividend | J | T | | | | | |
| 60. ----- Phillips 66 - common stock | A | Dividend | J | T | | | | | |
| 61. ------- Public Storage - common stock | A | Dividend | K | T | | | | | |
| 62. Black Rock Income Tr - mutual fund | A | Dividend | J | T | | | | | |
| 63. Black Rock Pa Strat Mun Tr - mutual fund | A | Dividend | J | T | | | | | |
| 64. ----- Invesco Pa Val Munc Inc Tr - mutual fund | A | Dividend | J | T | | | | | |
| 65. Nuveen Pa Prem Inc Mun Fd - mutual fund | A | Dividend | J | T | | | | | |
| 66. --- WesternAset/Clymre US Tr Inf - mut. fund - | A | Dividend | K | T | Sold | 01/05/15 | K | A | |
| 67. ----- Van Eck Fds Intl Inv Gold Fd | A | Dividend | J | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. OPPENHEIMER ACC'T #2 (825) | | | | | | | | | |
| 70. ------ Advantage Primary Liquid Fund (money market) | A | Int./Div. | K | T | | | | | |
| 71. ------ Eaton Vance Ltd - common stock | A | Dividend | J | T | | | | | |
| 72. ------ Master Asset Tr - bond | A | Interest | J | T | | | | | |
| 73. | | | | | | | | | |
| 74. OPPENHEIMER ACC'T # 3 (717) | | | | | | | | | |
| 75. ------ Advantage Primary Liquid Fund (money market) | A | Int./Div. | J | T | | | | | |
| 76. ----- Self Storage Group Inc. | A | Dividend | J | T | | | | | |
| 77. | | | | | | | | | |
| 78. OPPENHEIMER ACC'T # 4 (082) | | | | | | | | | |
| 79. ------ Advantage Primary Liquid Fund (money market) | A | Int./Div. | K | T | | | | | |
| 80. ----- Self Storage Group Inc. | A | Int./Div. | J | T | | | | | |
| 81. | | | | | | | | | |
| 82. OPPENHEIMER ACC'T #5 (494) | | | | | | | | | |
| 83. ----- Advantage Primary Liquid Fd (money market) | C | Dividend | L | T | | | | | |
| 84. ----- AllianceBernstein Income Fd | B | Int./Div. | L | T | | | | | |
| 85. ----- Blackrock Res & Comm Strat Tr - mut fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ----- CBRE Clarion Global R.E. - mutual fund | A | Dividend | J | T | | | | | |
| 87. ----- Cohen & Steers Infrastructure - mutual fund | A | Dividend | K | T | | | | | |
| 88. ------ Eaton Vance Senior Income Trust Fund - mutual fund | A | Dividend | J | T | | | | | |
| 89. ------ Invesco Sr Income Tr -mutual fund | A | Dividend | K | T | Buy | 02/24/15 | K | | |
| 90. ------ Eaton Vance Ltd Dur, Inc. - common stock | B | Dividend | J | T | | | | | |
| 91. ----- General Electric - common stock | B | Dividend | K | T | | | | | |
| 92. ----- Western Aset Clym Infl Opp In - mutual fund | A | Dividend | K | T | | | | | |
| 93. ----- Loral Space & Comm. - common stock | A | Dividend | J | T | | | | | |
| 94. ----- CenturyLink, Inc. - common stock | A | Dividend | J | T | | | | | |
| 95. ------ Hershey - common stock | A | Dividend | K | T | | | | | |
| 96. ----- Mastr Asset 2003-12 6A1 - gov't bond | A | Interest | J | T | | | | | |
| 97. ------ Pfizer - common stock | A | Dividend | K | T | | | | | |
| 98. ----- Self Storage Group, Inc. | A | Dividend | K | T | | | | | |
| 99. | | | | | | | | | |
| 100. Oppenheimer ACCT #6 (274) | | | | | | | | | |
| 101. ----- Advantage bank deposits | A | Interest | J | T | | | | | |
| 102. ----- AllianceBernstein Income Fd | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/15/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. Oppenheimer ACCT #7 (719) | A | Interest | J | T | Open | 02/16/15 | | | |
| 105. ----- Advantage bank | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. PAL Capital Income IA | A | Dividend | J | T | | | | | |
| 108. | | | | | | | | | |
| 109. PNC Bank - checking & savings accounts | A | Interest | J | T | | | | | |
| 110. | | | | | | | | | |
| 111. Nexterra Energy, Inc. - common stock | A | Dividend | J | T | | | | | |
| 112. | | | | | | | | | |
| 113. Stiffel Nicolaus - Account #1 (099) | | | | | | | | | |
| 114. ----- Hanover PA Area Sch Dist bond | A | Interest | J | T | | | | | |
| 115. ----- Octorora Pa Area Sch Dist bond | A | Interest | J | T | | | | | |
| 116. | | | | | | | | | |
| 117. Stiffel Nicolaus - Account #2 (027) | | | | | | | | | |
| 118. ------- money market | A | Int./Div. | J | T | | | | | |
| 119. ------ Marple Newtown Pa Sch Dist bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ------ Bucks Cty PA WTR & SWR AUTH SWR SYS REV AGM | A | Interest | J | T | Buy | 02/06/15 | J | | |
| 121. | | | | | | | | | |
| 122. Republic Bank - CD | A | Interest | J | T | | | | | |
| 123. | | | | | | | | | |
| 124. Seneca Valley, PA - municipal bond | A | Interest | J | T | | | | | |
| 125. | | | | | | | | | |
| 126. T. Rowe Price International mutual fund | A | Dividend | J | T | | | | | |
| 127. | | | | | | | | | |
| 128. TRUST #1 - AGGREGATE OWNERSHIP | D | Int./Div. | M | T | | | | | |
| 129. ------Schwab Money Market Fund | | | | | | | | | |
| 130. ------ Schwab Cash Reserves | | | | | | | | | |
| 131. ------ American Express | | | | | Sold | 03/02/15 | K | B | |
| 132. ----- Apple - common stock | | | | | | | | | |
| 133. ----- Auto Data Processing | | | | | Buy | 06/17/15 | K | | |
| 134. ------ Boeing Co. - common stock | | | | | | | | | |
| 135. ------ Colgate-Palmolive Co. - common stock | | | | | | | | | |
| 136. ----- Conoco Phillips Co. - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ----- Diageo PLC - common stock | | | | | | | | | |
| 138. ----- Discover Financial Svs - common stock | | | | | | | | | |
| 139. ----- Disney, Walt - common stock | | | | | Sold (part) | 06/17/15 | J | A | |
| 140. ------Du Pont - common stock | | | | | | | | | |
| 141. ------ Exxon Mobil Corp. - common stock | | | | | | | | | |
| 142. ------ Fed Ex Corp. - common stock | | | | | | | | | |
| 143. ------ FMC Technologies - common stock | | | | | | | | | |
| 144. ------ Home Depot, Inc. - common stock | | | | | Sold (part) | 10/28/15 | J | A | |
| 145. ----- Honeywell Int'l - common stock | | | | | | | | | |
| 146. ------ Johnson & Johnson - common stock | | | | | Buy | 06/17/15 | K | | |
| 147. ----- McCormick & Co. - common stock | | | | | | | | | |
| 148. ----- McDonald's Corp. - common stock | | | | | | | | | |
| 149. ----- Medtronic PLC - common stock | | | | | | | | | |
| 150. ----- Microsoft Corp. - common stock | | | | | | | | | |
| 151. -----Nordson Corp. - common stock | | | | | | | | | |
| 152. ------ Pepsico, Inc. - common stock | | | | | | | | | |
| 153. ------ Proctor & Gamble - common stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  ------South Jersey Inds., Inc. - common stock | | | | | | | | | |
| 155.  ----- Starbucks Corp. - common stock | | | | | | | | | |
| 156.  ----- Stryker Corp. - common stock | | | | | | | | | |
| 157.  ----- Texas Instruments - common stock | | | | | | | | | |
| 158.  ----- Tiffany & Co. NEW - common stock | | | | | | | | | |
| 159.  ------ Under Armour, Inc. - common stock | | | | | Sold | 06/17/15 | J | A | |
| 160.  ----- Valley National Bancorp | | | | | | | | | |
| 161.  ----- Verizon Communications - common stock | | | | | | | | | |
| 162.  ----- VF Corp. - common stock | | | | | | | | | |
| 163.  ------ Wash Real Est Inv Trust SBI REIT | | | | | | | | | |
| 164. | | | | | | | | | |
| 165.  TIAA-CREF | | | | | | | | | |
| 166.  ----- TIAA traditional annuity | A | Int./Div. | J | T | | | | | |
| 167.  ----- CREF bond market | A | Interest | J | T | | | | | |
| 168. | | | | | | | | | |
| 169.  T. Rowe Price - brokerage account - aggregate disclosure | | | | | | | | | |
| 170.  ------ T. Rowe Price European St - mut. fund | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ------ T. Rowe Price Small Cap - mut. fund | D | Int./Div. | M | T | | | | | |
| 172. | | | | | | | | | |
| 173. US Treasury securities | A | Interest | J | T | | | | | |
| 174. | | | | | | | | | |
| 175. Van Eck Global Fund | A | Dividend | J | T | | | | | |
| 176. | | | | | | | | | |
| 177. Voya | B | Int./Div. | J | T | | | | | |
| 178. ----- VY Franklin Income | | | | | | | | | |
| 179. ----- VYFranklin Mutual | | | | | | | | | |
| 180. ----- VY Templeton Global | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. Vanguard Money Market Funds | | | | | | | | | |
| 183. ----- Federal Money Market | A | Interest | J | T | | | | | |
| 184. ----- Prime Money Market | A | Interest | J | T | | | | | |
| 185. | | | | | | | | | |
| 186. Wells Fargo - sav; checking; CD and Roth IRA | A | Int./Div. | J | T | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Lines 3, 5 - The CD and accounts were previously reported as held at Conestoga Bank.  Conestoga was purchased by and merged into Beneficial Bank in May 2016.

2. Line 27 - Prior reports disclosed 3 Morgan Stanley accounts.  Those  3 accounts have been consolidated into a single account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eric L. Frank**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544